People v Argueta
2026 NY Slip Op 03816
June 17, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Jose A. Argueta, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 17, 2026
2024-13299, (Ind. No. 70908/23)
Hector D. Lasalle, P.J.
Valerie Brathwaite Nelson
Barry E. Warhit
Elena Goldberg Velazquez, JJ.

Andrew E. MacAskill, Garden City, NY, for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (Michael J. Balch and Jared A. Chester of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Howard E. Sturim, J.), rendered November 21, 2024, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that his guilty plea was not knowingly, voluntarily, and intelligently entered is unpreserved for appellate review, since he did not move to withdraw the plea on this ground prior to the imposition of sentence or otherwise raise the issue before the Supreme Court (see CPL 220.60[3]; People v Sanzone, 244 AD3d 1143; People v Ferrara, 243 AD3d 921). In any event, the contention is without merit.
Since the defendant raises no other issues on appeal, the parties' contentions regarding the validity of the defendant's appeal waiver are academic (see People v Wilson, 236 AD3d 685 People v Galicia, 231 AD3d 851, 851-852; People v Gerald, 197 AD3d 1324, 1325).
LASALLE, P.J., BRATHWAITE NELSON, WARHIT and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court